UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 25-MJ-202** |
| | : | |
| **KELVIN LEON,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(o)** |
| Defendant. | : | **(Unlawful Possession of a Machine Gun)** |
| | : | **22 D.C. Code § 4503.03(a)(2)(B)** |
| | : | **(Endangerment with a Firearm) (Public** |
| | : | **Place))** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d), 21 U.S.C. § 853(p); and** |
| | : | **28 U.S.C. § 2461(c)** |

# I N F O R M A T I O N

The United States charges that:

## COUNT ONE

On or about July 24, 2025, within the District of Columbia, **KELVIN LEON**, did knowingly possess a machine gun, that is a device attached to a Privately-Made-Firearm (PMF), Polymer 80, 9mm semi-automatic firearm, capable of fully automatic fire.

(**Unlawful Possession of a Machine Gun**, in violation of Title 18, United States Code, Section 922(o))

## COUNT TWO

On or about July 24, 2025, within the District of Columbia, **KELVIN LEON**, without permission to discharge a projectile from a firearm, did knowingly discharge a projectile from a firearm outside a licensed firing range while the discharged projectile traveled through or stopped in a location that was open to the general public.

(**Endangerment with a Firearm (Public Place)**, in violation of Title 22, District of Columbia Code, Sections 4503.03(a)(2)(B) (2001 ed.))

## **FORFEITURE ALLEGATION**

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Privately-Made-Firearm (PMF), Polymer 80, 9mm semi-automatic firearm.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  /s/Emory V. Cole
EMORY V. COLE
PA. Bar No. 49136
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7692